UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>   Defendant. | No. 2:18-cv-3008 AC P<br><br>ORDER |

Plaintiff, a state prisoner at California Medical Facility, has filed a motion for preliminary injunctive relief. ECF No. 2. He seeks an order requiring the California Department of Corrections and Rehabilitation to return his wheelchair. Id. No other pleadings have been filed by the plaintiff. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

submit the appropriate filing fee. If plaintiff fails to file a complaint, or does not pay the filing fee or submit an application to proceed in forma pauperis, the undersigned will recommend that the motion for preliminary injunction be denied and this action dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case and plaintiff must file an original and two copies of the complaint.

2. Plaintiff shall also submit, within thirty days from the service of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.[2]

3. Plaintiff's failure to comply with either part of this order will result in a recommendation that this matter be dismissed.

4. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action and the application to proceed in forma pauperis by a prisoner.

DATED: November 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[2] The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.

2