UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | No. 2:18-cv-03008 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2019, the magistrate judge filed an order and findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. Plaintiff has not objected to the findings and recommendations, but has objected to the screening order under Federal Rule of Civil Procedure 72(a). ECF No. 20.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. With respect to the objections to the screening order, Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by Magistrate Judges and requires that the District Judge "modify or set

1

aside any part of the order that is clearly erroneous or is contrary to law." The September 30, 2019 order of the Magistrate Judge is not clearly erroneous or contrary to law and the objections will be overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 30, 2019 (ECF No. 13), are adopted in full.

2. Plaintiff's motion for preliminary injunction (ECF No. 2) is denied without prejudice.

3. The objections to the September 30, 2019 screening order (ECF No. 20) are overruled.

IT IS SO ORDERED.

DATED: February 4, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE