UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No. 2:18-cv-3008 MCE AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed September 30, 2019, the Magistrate Judge screened the complaint, and plaintiff was given the option to either (1) proceed immediately on his Eighth Amendment claims against defendants Petras, Ikegbu, and Austin, and on his ADA claims against the California Department of Corrections for denial of accommodations at CMF, or (2) to amend the complaint. ECF No. 13. Plaintiff notified the court that he would like to amend the complaint, ECF No. 16, but later filed objections to the screening order, ECF No. 20. As a result, plaintiff's deadline to file an amended complaint was vacated, pending a ruling on the objections by the District Judge. ECF No. 22. The District Judge has now overruled plaintiff's objections to the screening order. ECF No. 23.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the September 30, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and it will be recommended that the following claims be dismissed without prejudice: all claims against defendants Reece, Diaz, Rosa, Ndoh, John Doe, Groves, Crenshaw, Young, Gassaway, Estrada, Green, Tanprasert, Wolfe, Hitchman, Seigrist, Mayes, Mejorado, Scott, Largoza, Page, and Blackwell; the official capacity claims under the ADA against defendants Petras, Ikegbu, and Austin; and the ADA claims against the CDCR based on the denial of accommodations at ASP and CSP-Solano. See ECF No. 13.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: February 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE