UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES WELK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-3008 MCE AC P<br><br><br>ORDER |

Plaintiff has filed a second motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

　　1.  Plaintiff's motion for an extension of time, ECF No. 27, is granted; and

　　2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: April 21, 2020

　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE